## TALLY v. WATAUGA HOSPITAL

No. 461P94

Case below: 115 N.C.App. 732

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

## TAYLOR HOME OF CHARLOTTE v. CITY OF CHARLOTTE

No. 488P94

Case below: 116 N.C.App. 188

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

## WHITE v. N.C. DEPT. OF HUMAN RESOURCES

No. 456P94

Case below: 115 N.C.App. 732

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

## WHITFIELD v. TODD

No. 519P94

Case below: 116 N.C.App. 335

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

## WILLIS v. RAGGEDY ANN CHILD CARE CENTER

No. 507P94

Case below: 115 N.C.App. 569

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 December 1994.